**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOAO BOSCO ARAUJO-DE SOUZA JUNIOR,** | : | |
| ***Petitioner*,** | : | |
| | : | |
| v. | : | **CIVIL NO. 26-5208** |
| | : | |
| **DAVID VENTURELLA et al.,** | : | |
| ***Respondents*.** | : | |
| | : | |

**ORDER**

**AND NOW,** this **28th** day of **July 2026,** upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and the Government's Response (ECF No. 5), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Petitioner from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 29, 2026**.
2. The Government is enjoined from detaining Petitioner under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.
3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

Kai N. Scott

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**